**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HECNY SHIPPING LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> HYC LOGISTICS, INC., <br><br> *Defendant*. | Civil Action File No.: <br><br><br> 1:24-cv-02651-RDM |

## <u>MOTION FOR ADMISSION *PRO HAC VICE* OF S. JOSHUA KAHANE</u>

COMES NOW Jeremy B. Ritter-Wiseman, counsel for Defendant HYC Logistics, Inc., and respectfully moves the Court, pursuant to Local Rule 83.2, for an Order granting the application of S. Joshua Kahane to be admitted to practice in the United States District Court for the District of Columbia for the purpose of appearing for his client, HYC Logistics, Inc. in the above-captioned civil action.

In support of this Motion, Movant incorporates the attached Declaration of S. Joshua Kahane and Certificate of Good Standing from the Supreme Court of the State of Tennessee indicating that S. Joshua Kahane is a member in good standing of the Bar of the State of Tennessee.

**ARNALL GOLDEN GREGORY, LLP**

By: /s/ *Jeremy Ritter-Wiseman*
     Jeremy Ritter-Wiseman (Bar No. 90020480)
     2100 Pennsylvania Avenue NW, Suite 350S
     Washington, D.C. 20037
     Tel: (202) 677-4930)
     Email: jeremy.ritter-wiseman@agg.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2025 I electronically filed the foregoing **Motion for Admission Pro Hac Vice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

*/s/ Jeremy Ritter-Wiseman*
Jeremy Ritter-Wiseman
Bar No. 90020480