**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HECNY SHIPPING LTD., | |
| *Plaintiff,* | |
| v. | Civil Action File No.: |
| HYC LOGISTICS, INC., | |
| *Defendant.* | 1:24-cv-02651-RDM |

**DECLARATION OF S. JOSHUA KAHANE IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION**

I, S. Joshua Kahane, Esq., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1. I am over the age of eighteen (18) years and have personal knowledge of the matters stated herein.

2. Pursuant to Local Rule 83.2(e), I respectfully request admission to practice in the United States District Court for the District of Columbia for the purpose of appearing for my client, HYC Logistics, Inc. in the above-captioned civil action.

3. Declarant incorporates the attached Certificate of Good Standing from the Supreme Court of the State of Tennessee indicating that I am a member in good standing of the Bar of the State of Tennessee.

4. I am an Equity Partner at Glankler Brown, PLLC.

5. My personal contact information is as follows:

> Office address: 6000 Poplar Ave., Suite 400, Memphis, TN 38119
> Telephone number: 901-576-1701
> Fax number: 901-525-2389
> Email address: jkahane@glankler.com

6.  I am admitted to practice before the bar of the State of Tennessee and received my admission from the Tennessee Supreme Court in November 2004. My Tennessee bar number is 23726. I am also admitted before the bars of the following states: Mississippi, Texas, New York, New Jersey, Arkansas, and the District of Columbia. I have been admitted before state courts in Ohio, Florida, Oklahoma, Alabama, Texas, Mississippi, New York, New Jersey, Illinois, and Arkansas. I am admitted to practice before the Supreme Court of the United States, and in the following United States District Courts, among others: Western District of Tennessee, Middle District of Tennessee, Eastern District of Tennessee, Northern District in Mississippi, Southern District of Mississippi, Northern District of Ohio, Southern District of New York, and District of New Jersey. I am also admitted before the Courts of Appeals for the D.C. Circuit, Fifth and Sixth circuits.

7.  I certify that my admission before the Tennessee bar is currently in good standing, as is my standing for all other state and federal courts, to which I am admitted. I have never been reprimanded, suspended, or disbarred by any state, or federal court, or any department, bureau, or commission of any state of United States, nor have I ever been disciplined, or referred for discipline, by the bar of any state, or federal court, or any department, bureau, or commission of any state, or the United States.

8.  I have not been admitted *pro hac vice* in this Court in the last two years.

9.  I do not engage in the practice of law from any office located in the District of Columbia.

10. Attached hereto is a Certificate if Good Standing from the Supreme Court of the State of Tennessee, issued within the last thirty days of this application.

11. I have associated and have personally appearing with me in the captioned civil action Jeremy B. Ritter-Wiseman of the law firm of Arnall Golden Gregory LLO, 2100 Pennsylvania Avenue NW, Suite 350S, Washington, DC 20037, who is an attorney duly and legally admitted to practice in the United States District Court for the District of Columbia, and upon whom service may be had in all matters connected with the captioned civil action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 4, 2025

S. Joshua Kahane

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025 I electronically filed the foregoing **Declaration** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

*/s/ Jeremy Ritter-Wiseman*
Jeremy Ritter-Wiseman
Bar No. 90020480